■ RICHARD WINIARSKI et al., Respondents, v LINDA HARRIS, M.D., et al., Appellants, et al., Defendants. (Appeal No. 1.) [910 NYS2d 742]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered January 12, 2010 in a medical malpractice action. The order granted the application of defendants Linda Harris, M.D. and University at Buffalo Surgeons, Inc. for a collateral source reduction of an award of damages.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Lindley, Sconiers, Pine and Gorski, JJ.